**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    Angelo  Clark v. Carla Clark

Appellate case number:  01-13-00577-CV

Trial court case number:  2012-69700

Trial court:            257th District Court of Harris County

On August 13, 2013, appellant, Angelo Clark, filed an affidavit of indigence in this Court in the above referenced appeal.  *See* TEX. R. APP. P. 20.1(a).  No contest to the affidavit has been filed.  *See* TEX. R. APP. P. 20.1(f).  Accordingly, the allegations in the affidavit are deemed true, and appellant is entitled to proceed without advance payment of costs.  *Id.*

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in the Texas Rules of Appellate Procedure 34.5(a).  *See* TEX. R. APP. P. 20.1(j).

It is further **ORDERED** that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record in accordance with Texas Rules of Appellate Procedure 34.6.  *See id.*

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the clerk's record is filed or the date the reporter's record is filed.  *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                        ☒ Acting individually    ☐ Acting for the Court


Date:  October 22, 2013